IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02418-MEH

VICTOR CEJKA,
JAMES WALKER,
STEVEN WASCHER,
JAMIE LYTLE, and
PAUL CROSS,

      Plaintiffs,

v.

VECTRUS SYSTEMS COMPORATION, f/k/a Exelis Systems Corporation,
BRANDON SPANN, and
KEVIN DANIEL,

      Defendants.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2016**.

      Before the Court is Defendants Spann's and Daniel's Amended Motion for Dismissal Pursuant to Rule 12(b)(1), 12(b)(2), and 12(b)(6) [docket #22]. It appears this motion supercedes these Defendants' previously filed Motion for Dismissal Pursuant to Rule 12(b)(1), 12(b)(2), and 12(b)(6) [filed December 15, 2015; docket #7] and, thus, the original motion is **denied as moot**. In addition, because the Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery [filed January 20, 2016; docket #21] is based on the content of the original motion, the Court will **deny** the motion **without prejudice**. In so denying, the Court makes no findings as to the merits of the Plaintiffs' motion and permits them leave to re-file if the Plaintiffs find it necessary to do so based on the amended motion to dismiss.

      Briefing on the amended motion will proceed in accordance with D.C. Colo. LCivR 7.1(d).