IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-02418-MEH | Date: | February 2, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

VICTOR CEJKA, et al     Steven Hartmann
                                           Raymond Martin

    Plaintiff,

v.

VECTRUS SYSTEMS CORPORATION et al     Catherine Evans

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**     **10:18 a.m.**

Court calls case. Appearances of counsel. Steven Hartmann and Catherine Evans appeared by telephone.

**ORDERED:**     [26] Amended Motion for Leave to Conduct Limited Jurisdictional Discovery by Plaintiffs is DENIED.

            The plaintiff has until February 12, 2016 to file a reply to [6] Motion to Dismiss and to [22] Amended Motion to Dismiss.

Discussion was held regarding the defendants' request of 2 days to take the depositions of each plaintiff. The Court will defer ruling on this request until such time as it is shown that the depositions of the plaintiffs cannot be completed in 7 hours each.

Discussion was held regarding the request of the defendants' to set a limit on the number of discovery requests. The Court will not impose limits at this time.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**            **December 15, 2016**

**Dispositive Motion Deadline:**      **January 17, 2017**

**Final Pretrial Conference:** **March 13, 2017 at 10:30 a.m.** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:**     **10:51 a.m.**     **(Hearing concluded)**
**Total time in Court: 0:33**