IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02418-MEH

VICTOR CEJKA,
JAMES WALKER,
STEVEN WASCHER,
JAMIE LYTLE, and
PAUL CROSS,

       Plaintiffs,

v.

VECTRUS SYSTEMS COMPORATION, f/k/a Exelis Systems Corporation,
BRANDON SPANN, and
KEVIN DANIEL,

       Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2016.**

       For good cause shown, the Joint Motion for Entry of Stipulated Confidentiality and Protective Order [filed March 18, 2016; docket #36] is **granted**. The parties' Stipulated Confidentiality and Protective Order is accepted and filed contemporaneously with this minute order.